| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** | |
| Case number (if known): _____ Chapter **11** | ☐ Check if this is an amended filing |

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy** 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name** — Alamo City Handymen LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names — dba OMG! Kitchen & Bath

3. **Debtor's federal Employer Identification Number (EIN)** — 2 6 – 3 3 8 6 3 5 3

4. **Debtor's address**

   **Principal place of business**
   428 W. Nakoma Dr.
   Number   Street

   San Antonio   TX   78216
   City   State   ZIP Code

   Bexar
   County

   **Mailing address, if different from principal place of business**
   Number   Street
   P.O. Box
   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number   Street
   City   State   ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify:

Debtor **Alamo City Handymen LLC**      Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11.  Check all that apply:
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **Alamo City Handymen LLC** _____  Case number (if known) _____

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br><br> If more than 2 cases, attach a separate list. | ☒ No <br> ☐ Yes.  District _____ When _____ Case number _____ <br> MM / DD / YYYY <br>  District _____ When _____ Case number _____ <br> MM / DD / YYYY <br>  District _____ When _____ Case number _____ <br> MM / DD / YYYY |
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases.  If more than 1, attach a separate list. | ☒ No <br> ☐ Yes.  Debtor _____ Relationship _____ <br>  District _____ When _____ <br> MM / DD / YYYY <br>  Case number, if known _____ <br><br>  Debtor _____ Relationship _____ <br>  District _____ When _____ <br> MM / DD / YYYY <br>  Case number, if known _____ |
| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* <br> ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br><br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Alamo City Handymen LLC** _____ Case number (if known) _____

| | | |
|---|---|---|
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>Number     Street<br>_____<br>_____<br>City                State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor **Alamo City Handymen LLC**  Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/28/2023**
MM / DD / YYYY

X **/s/ David Palomo**
Signature of authorized representative of debtor

**David Palomo**
Printed name

**Member**
Title

**18. Signature of attorney**

X **/s/ Morris E. "Trey" White III**  Date **04/28/2023**
Signature of attorney for debtor    MM / DD / YYYY

**Morris E. "Trey" White III**
Printed name

**Villa & White LLP**
Firm name

**1100 N.W. Loop 410 Ste. 802**
Number   Street

**San Antonio**  **TX**  **78213**
City    State  ZIP Code

**(210) 225-4500**   **treywhite@villawhite.com**
Contact phone    Email address

**24003162**
Bar number    State

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 5

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re **Alamo City Handymen LLC**　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept.................................................................. | **$6,738.00** |
   | Prior to the filing of this statement I have received....................................................... | **$6,738.00** |
   | Balance Due.................................................................................................................... | **$0.00** |

2. The source of the compensation paid to me was:
   ☒ Debtor　　　　☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☒ Debtor　　　　☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **04/28/2023** | **/s/ Morris E. "Trey" White III** | |
|:---:|:---|:---|
| Date | *Morris E. "Trey" White III* | Bar No. 24003162 |
| | Villa & White LLP | |
| | 1100 N.W. Loop 410 Ste. 802 | |
| | San Antonio, Texas 78213 | |
| | Phone: (210) 225-4500 / Fax: (210) 212-4649 | |

---

**/s/ David Palomo**

*David Palomo*
*Member*

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Alamo City Handymen LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Stripe<br>354 Oyster Point Blvd<br>South San Francisco, CA 94080 | | Non-Purchase Money | Disputed | | | $100,000.00 |
| 2 | Alamo Barter Corporation<br>10151 IH-35 North<br>San Antonio, TX 78233 | | Non-Purchase Money | Disputed | | | $62,000.00 |
| 3 | Retail Capital LLC<br>c/o Credibly<br>1501 W. Fountainhead PKwy #630<br>Tempe, AZ 85282 | | Non-Purchase Money | Disputed | | | $55,000.00 |
| 4 | E-Advance<br>370 Lexington Ave, Suite 801<br>New York, NY 10017 | | Non-Purchase Money | Disputed | | | $50,000.00 |
| 5 | Delta Bridge Funding LLC<br>c/o CLOUDFUND LLC<br>2875 NE 191st St Suite 500<br>Aventura, FL 33180 | | Non-Purchase Money | Disputed | | | $30,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor **Alamo City Handymen LLC**     Case number (if known) _____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Celtic Bank Corporation c/o Bluevine 401 WARREN ST #300 REDWOOD CITY, CA 94063 | | | | $25,000.00 | $0.00 | $25,000.00 |
| 7 | VOX Funding 1395 Brickell Avenue, Suite 800 Miami, FL 33131 | | Non-Purchase Money | | | | $0.00 |
| 8 | Security Service FCU P.O. Box 691510 San Antonio, TX 78269-1510 | | Non-Purchase Money | | | | $0.00 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 2

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

IN RE: **Alamo City Handymen LLC**            CASE NO

                                                                                      CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date    4/28/2023                                    Signature    /s/ David Palomo
                                                                                       *David Palomo*
                                                                                       *Member*


Date                                             Signature

Alamo Barter Corporation
10151 IH-35 North
San Antonio, TX 78233

U.S. Department of Justice
U.S. Attorney Texas - Western
Attn: Bankruptcy
601 NW Loop 410, Suite 600
San Antonio, TX 78216-5512

Alamo City Handymen LLC
428 W. Nakoma Dr.
San Antonio, TX 78216

VOX Funding
1395 Brickell Avenue, Suite 800
Miami, FL 33131

Attorney General of the United States
Main Justice Bldg; Room 5111
10th and Constitution Ave. NW
Washington, D.C. 20530

Celtic Bank Corporation
c/o Bluevine
401 WARREN ST #300
REDWOOD CITY, CA 94063

Delta Bridge Funding LLC
c/o CLOUDFUND LLC
2875 NE 191st St Suite 500
Aventura, FL 33180

E-Advance
370 Lexington Ave, Suite 801
New York, NY 10017

Internal Revenue Service
300 E. 8th St. STOP5026AUS
Special Procedures- Insolvency
Austin, TX 78701

Retail Capital LLC
c/o Credibly
1501 W. Fountainhead PKwy #630
Tempe, AZ 85282

Security Service FCU
P.O. Box 691510
San Antonio, TX  78269-1510

Stripe
354 Oyster Point Blvd
South San Francisco, CA 94080